IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODERICK W. LEAR, | ) |
| | ) Civil Action No. 03 - 1046 |
| Plaintiff, | ) |
| | ) Magistrate Judge Lisa Pupo |
| v. | ) Lenihan |
| | ) |
| SUPERINTENDANT L.P. BENNING, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Clerk of Courts is directed to mark the above captioned case as closed. This case was erroneously reopened on June 3, 2004.

_____
LISA PUPO LENIHAN
UNITED STATES MAGISTRATE JUDGE

Dated: August 30, 2006

cc: Counsel of record

**RODERICK WILLIAM LEAR**
DE-7464
SCI Greensburg
R.D. 10
Box 10
Greensburg, PA 15601

1